# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

NO. 2022 CW 0866

VERSUS

TEXAS BRINE COMPANY, LLC

**AUGUST 16, 2022**

---

In Re: Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34316.

---

**BEFORE: McDONALD, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court's August 11, 2022 judgment, granting Legacy Vulcan, LLC's Motion in Limine to Preclude Proffer of Evidence Relative to Dismissed Claims is reversed. Louisiana Code of Civil Procedure article 1636 provides, "[w]hen the court rules against the admissibility of any evidence, it shall either permit the party offering such evidence to make a complete record thereof, or permit the party to make a statement setting forth the nature of the evidence." The word "shall" is mandatory. **Sanchez v. Georgia Gulf Corp.,** 2002-1617 (La. App. 1st Cir. 8/13/03), 853 So.2d 697, 704. Accordingly, the district court is instructed to allow Texas Brine Company, LLC to either offer such evidence to make a complete record thereof or to make a statement setting forth the nature of the evidence.

**JMM**
**MRT**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT